# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. WILLIAMS, | No. CV 12-1912-JVS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA McGREW, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice for lack of jurisdiction.

DATED: November 28, 2012

_____
JAMES V. SELNA
United States District Judge